IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CENTRAL LLC, a limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>GTP ACQUISITION PARTNERS II, LLC,<br><br>  Defendant and Third-Party Plaintiff,<br><br>v.<br><br>MARK K. CORNELL,<br><br>  Third-Party Defendant. | Case No.  CIV-15-836-HE |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rules 41(a)(1)(A)(ii) and 41(c)(2) of the Federal Rules of Civil Procedure, the undersigned counsel for the parties hereby jointly stipulate to the dismissal of the above-styled action.  Plaintiff Central LLC hereby dismisses the claims asserted in the First Amended Complaint with prejudice.  Defendant/Third-party Plaintiff GTP Acquisition Partners II, LLC hereby dismisses the claims asserted in the First Amended Third Party Complaint and the Second Claim for Relief asserted in its First Amended Counterclaims with prejudice.   The First Claim for Relief in Defendant/Third-party Plaintiff GTP Acquisition Partners II, LLC's First Amended Counterclaims is dismissed without prejudice.

This Joint Stipulation of Dismissal dismisses all pending claims between the parties.

1

Except as otherwise agreed between the parties, each party shall bear its own costs and fees for such actions.

                Respectfully Submitted,

                *s/Chance L. Pearson*
                DANIEL G. WEBBER, JR. OBA#16332
                CHANCE L. PEARSON, OBA#22269
                RYAN WHALEY COLDIRON
                JANTZEN PETERS & WEBBER, PLLC
                900 Robinson Renaissance
                119 North Robinson
                Oklahoma City, OK  73102
                Telephone:      (405) 239-6040
                Facsimile:       (405) 239-6766
                cpearson@ryanwhaley.com
                dwebber@ryanwhaley.com

                ATTORNEYS FOR PLAINTIFF
                CENTRAL LLC AND THIRD-PARTY
                DEFENDANT MARK CORNELL

                -AND-

                *s/John P. Falcone\**
                JOHN P. FALCONE, OBA#18373
                CHEEK & FALCONE, PLLC
                6301 Waterford Boulevard, Suite 320
                Oklahoma City, OK    73118-1168
                Telephone:       (405) 286-9191
                Facsimile:        (405) 286-9670
                jfalcone@cheekfalcone.com

                ATTORNEYS FOR DEFENDANT

*Signed by filing attorney with approval.

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2016, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based upon the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

John P. Falcone – jfalcone@cheekfalcone.com

*s/Chance L. Pearson*
Chance L. Pearson